THE POUGHKEEPSIE NATIONAL BANK, *Respondent, v.* FRANK HAS-BROUCK, *as Trustee, etc., Appellant.* — Judgment affirmed, with costs. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

LEWIS CUDDEBACK, *Appellant, v.* OSCAR F. SHERMAN, *Respondent.* — Judgment affirmed, with costs. Opinion by CULLEN, J.

HENRY SEIBERT and CHARLES SEIBERT, *Respondents, v.* ELEONORA MAYER and others, *Appellants.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

THEODORE D. HOLMES and another, *Appellants, v.* AUGUSTA F. A. WINANS, *Respondent.* — Motion for reargument denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN D. NEGUS *v.* WILLIAM DWYER, *Appellant.* — Order convicting Dwyer of contempt affirmed, with costs and disbursements.

SAME *v.* PHILIP CASEY, *Appellant.* — Order convicting Casey of contempt affirmed, with costs and disbursements.

SAME *v.* THOMAS BOWERS, *Appellant.* — Order affirmed, with costs and disbursements.

SAME *v.* WILLIAM H. WATERS, *Appellant.* — Order affirmed, with costs and disbursements.

SAME *v.* BENJAMIN R. SEAMAN, *Appellant.* — Order affirmed, with costs and disbursements.

SAME *v.* JAMES DONOVAN, *Appellant.* — Order affirmed, with costs and disbursements.

SAME *v.* JAMES KANE, *Appellant.* — Order affirmed, with costs and disbursements.

SAME *v.* JAMES WEIR, Jr., *Appellant.* — Order affirmed, with costs and disbursements.

SAME *v.* JOHN MCCARTHY, *Appellant.* — Order affirmed, with costs and disbursements.

SAME *v.* PHILIP SCHMITT, *Appellant.* — Order affirmed, with costs and disbursements.

SAME *v.* WILLIAM J. LEPINE, *Appellant.* — Order affirmed, with costs and disbursements.

SAME *v.* PATRICK J. KELLY, *Appellant.* — Order affirmed, with costs and disbursements.

SAME *v.* THOMAS R. ARMITAGE, *Appellant.* — Order affirmed, with costs and disbursements.

SAME *v.* FELIX W. DOYLE, *Appellant.* — Order affirmed, with costs and disbursements.